JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 14-01538 BRO (MRWx) | Date | November 13, 2015 |
|---|---|---|---|
| Title | KONAD U.S.A DISTRIBUTION et al v. AGG, INC et al | | |

Present: The Honorable **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

Not Present                              Not Present

**Proceedings:**     (IN CHAMBERS)

**ORDER RE DISMISSAL FOR LACK OF PROSECUTION**

Plaintiff filed a Complaint with this Court on February 28, 2014 (Dkt No. 1).

On October 21, 2015, the Court issued an Order to Show Cause Re: Lack of Prosecution in light of the Plaintiff's apparent failure to request entry of default as to all remaining defendants. The Order specifically warned Plaintiff that the Court could dismiss this action if good cause was not shown for any extension of time. Plaintiff was to respond to the Court's Order to Show Cause no later than November 12, 2015. To date, however, no request for entry of default or response to the Court's Order has been filed with this Court.

Accordingly, the Court hereby dismisses the action without prejudice for lack of prosecution and for failure to respond to the Court's Order to Show Cause.

**IT IS SO ORDERED.**

|   | : |
|---|---|
| Initials of Preparer | rf |